*Robert M. Seymour et al.* v. *Silas Marvin et al.* S. O. SHEPHERD, for complainants; N. BENNETT, for defendants. Before whom bill may be sworn to. Decided that it is no objection to the jurat to a bill that it was taken before a master who is counsel in the cause.

Injunction granted as prayed for.